# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

    *Plaintiff*,

v.                                                                          Case No.: 4:25cv40-MW/HTC

**JUDGE USDC NDFL WS and**
**JUDGE USDC NDFL MJF,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED with prejudiced** because Plaintiff has been enjoined from cases such as this one until he pays a court-ordered sanction, Plaintiff is a three-striker under 28 U.S.C. § 1915(g), and because Plaintiff's claims are frivolous and barred

by judicial immunity." The Clerk shall close the file.

    **SO ORDERED on February 25, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
